PD-1405-15

PD-1405-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/28/2015 5:20:10 PM
Accepted 11/2/2015 11:19:37 AM
ABEL ACOSTA
CLERK

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

| | | | |
|---|---|---|---|
| ABEL LUNA, | | | |
| | Appellant, | § | Eighth Court of Appeals |
| | | § | No. 08-13-00151-CR |
| vs. | | §Appeal from the 409th District Court |
| | | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | | § | TC No. 20110D01174 |
| | | § | |
| | Appellee, | § | |

**MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant files this motion for an extension of 45 days in which to file the Appellant's Petition for Discretionary Review. In support of this motion, Appellant would show the Court the following:

I.

The Appellant was charged with theft of property, greater than $1,500, less than $20,000 in cause No. 20110D01174, styled *The State of Texas v. Abel Luna* before The 409th District Court of El Paso County, Texas, the Honorable Sam Medrano, Jr., judge presiding. The jury found Appellant guilty as charged. The jury assessed and the trial court pronounced punishment at 9 months of confinement in a Stat Jail and a fine of $7,500.

Appellant filed a timely Notice of Appeal on May 16, 2013. On July 29, 2015, the Eighth Court affirmed Appellant's conviction. A motion for rehearing was timely filed on September 14, 2015 and denied on September 30, 2015.

II.

The deadline for filing the Appellant's Petition for Discretionary Review is **October 30, 2015. Appellant** requests a ***45 day extension*** of time until December 14, 2015 for Appellant to file his Petition for Discretionary Review. This is the first requested extension.

III.

Appellant's request for an extension is based upon the following:

1. Counsel prepared for a jury trial scheduled to begin on October 23, 2015 in the case styled *State vs. Pichardo,* cause number 20150D03638 out of the 168th District Court in El Paso County, Texas. The case was reset and is now scheduled to begin on October 30, 2015.

2. Counsel is preparing a motion for new trial, which is due on October 30, 2015, in the case styled *State v. Montelongo,* cause number 20150D02224 out of the 243rd District Court. Defendant was convicted of attempted capital murder and sentenced to 99 years in prison.

3. Counsel prepared for a motion for a new trial hearing, which took place on October 22, 2015 in the case styled *State vs. Hradek,* cause number 20130D00417 out of the 41st District Court in El Paso County, Texas.

4. Counsel prepared a motion for new trial and filed it with the District Clerk on October 19, 2015 in the case styled *State v. Bautista,* cause number 20130D03636, out of the 120th District Court. Defendant was convicted of murder and sentenced to 48 years in prison.

5. Counsel prepared for a motion for a new trial hearing that was held on October 13, 2015 in the case styled *State vs. Munoz,* cause number 20140D00987 out of the 409th District Court in El Paso County, Texas.

6. Counsel prepared for a sentencing hearing set for October 8, 2015 in the case styled *United States of America v. Rivera-Morales,* cause number EP:15-CR-00879-DCG(4) out of the Western District of Texas.

7. Counsel prepared for a Jury trial set for October 5, 2015 in the case styled *State vs. Martinez,* cause number 20130C02505 out of County Criminal Court at Law Number Four in El Paso County, Texas

8. Counsel prepared for a sentencing hearing set for October 1, 2015 in the case styled *United States of America v. Nevarez-Martinez,* cause number EP:15-CR-0472-KC out of the Western District of Texas.

9. Counsel is preparing appellant's reply brief to The Eighth Court of Appeals due on November 6, 2015 in the case styled *Nava vs. State,* court of appeals number 08-14-00226-CR.

10. Counsel is set to begin a jury trial on November 12, 2015 in the case styled *State v. Yu,* cause number 20140D05014 out of the 210th District Court in

El Paso County, Texas.

11. Counsel is preparing for oral argument before the Eighth Court of Appeals on November 17, 2015 in the case styled *Zuniga vs. State,* court of appeals number 08-14-00153-CR.

WHEREFORE, the undersigned counsel prays that the Court grant this Motion and extend the deadline for filing Appellant's Petition for Discretionary Review to December 14, 2015.

Respectfully submitted,


/s/ Ruben P. Morales
RUBEN P. MORALES
Attorney for Appellant
State Bar No. 14419100
718 Myrtle Avenue
El Paso, Texas 79901
(915) 542 - 0388
(915) 225 - 5132 fax
rbnpmrls@gmail.com

## CERTIFICATE OF SERVICE

I, RUBEN P. MORALES, certify that a true and correct copy of the foregoing instrument has been delivered to the District Attorney's Office, 500 E. San Antonio St., Room 201, El Paso**,** Texas 79901, and to the State Prosecuting Attorney, P. 0. Box 12405, Austin, TX 78711, on October 28, 2015.

/s/ Ruben P. Morales
RUBEN P. MORALES